Jeffrey M. Lenkov, Esq. (SBN 156478)
Rodrigo J. Bozoghlian, Esq. (SBN 249732)
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendant, ALBERTSON'S, LLC

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BONNY FORNARO and TONY FORNARO,<br><br>    Plaintiffs,<br><br>v.<br><br>ALBERTSON'S, LLC a Delaware Corporation, and DOES 1 through 20, Inclusive,<br><br>    Defendants. | **Case No. 2:14-cv-06889 DDP(AGRx)**<br><br>**ORDER REMANDING ACTION TO THE SUPERIOR COURT FOR THE COUNTY OF LOS ANGELES** |

    Pursuant to the stipulation of the parties, the Court hereby remands this action to the Superior Court for the County of Los Angeles as Case No. BC549603.  In addition, the  MOTION to Remand Case (docket number 6) is VACATED.

    IT IS SO ORDERED.

DATE: September 30, 2014   _[signature: Dean D. Pregerson]_

                                            Hon. Dean D. Pregerson
                                            United States District Judge

```
cc: order, docket, remand letter to
Los Angeles Superior Court, No. BC549603
```